(118 So. 234)

## HOOBLER v. STATE. (6 Div. 335.)

Court of Appeals of Alabama. May 8, 1928.

Rehearing Denied June 19, 1928. Reversed on Mandate Oct. 9, 1928.

Gray & Manasco, of Jasper, for appellant. Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Under the evidence in this case it was a question of fact, to be decided by the judge sitting without a jury, whether the defendant was a prostitute or the keeper of a house of prostitution. On this question the evidence was in conflict. The court adjudged the defendant guilty, and we see no legal reason to disturb his finding.

There is no error in the record, and the judgment is affirmed.

Affirmed.

PER CURIAM. Reversed and remanded on authority of Hoobler v. State, 118 So. 234.